**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6919

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARTINEZ ORLANDIS BLACK,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:06-cr-00364-RJC-1)

Submitted: January 30, 2024                                 Decided: February 6, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martinez Orlandis Black, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martinez Orlandis Black appeals the district court's order denying his motion for compassionate release brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.  We have reviewed the record and conclude that the district court did not abuse its discretion in denying the requested relief.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Black*, No. 3:06-cr-00364-RJC-1 (W.D.N.C. Aug. 29, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2